# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE'S SEATS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PETE'S SPORTS AND ENTERTAINMENT, LLC and HENRY PETER WESEHOH,<br><br>Defendants. | **14-cv-777 --- GSA**<br><br>**ORDER DIRECTING CLERK TO REASSIGN THIS CASE TO BAKERSFIELD** |

A review of the complaint reveals that the Plaintiff 's principal place of business is in Bakersfield, California. Accordingly, the Clerk of the Court is directed to reassign this action to the Honorable Jennifer L. Thurston as the Magistrate Judge. The new case number shall be changed as follows :

**1:14-cv-777 --- JLT**

All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **May 30, 2014**                              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE