1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

PETE'S SEATS, INC.,

12

            Plaintiffs,

13

            v.

14

PETE'S SPORTS AND
ENTERTAINMENT, LLC, et al.

15

            Defendants.

16
17

AND RELATED COUNTER-CLAIMS

18

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:14-cv-0777 - JLT

ORDER GRANTING DEFENDANTS' MOTION
FOR VOLUNTARY DISMISSAL
(Doc. 78)

ORDER DIRECTING THE CLERK OF COURT TO
CLOSE THE CASE

19

        Defendants and Counterplaintiffs Pete's Sports and Entertainment, LLC and Henry Peter

20

Weseloh seek to voluntarily dismiss their counterclaims without prejudice, pursuant to Rule 41(a)(2)

21

of the Federal Rules of Civil Procedure.  (Doc. 78)

22

        A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless an

23

opposing party can shows "some plain legal prejudice."  *Waller v. Fin. Corp. of Am.,* 828 F.2d 579,

24

583 (9th Cir. 1987); *see also Hamilton v. Firestone Tire & Rubber Co*., 679 F.2d 143, 145-46 (9th Cir.

25

1982). "Legal prejudice" includes "prejudice to some legal interest, some legal claim, some legal

26

argument."  *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996).   Here, Plaintiff

27

did not respond to the motion for dismissal, and it does not appear that Plaintiff would suffer any

28

prejudice as a result of the dismissal.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1.     Defendants' motion to dismiss their counterclaims against Plaintiff (Doc. 78) is **GRANTED**;

2.     Defendants' counterclaims are **DISMISSED** without prejudice; and

3.     The Clerk of Court is **DIRECTED** to close this matter, as this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   __October 17, 2016__                    _____ **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE